UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

FEDERICO COLON,

                               Plaintiff,

v.                                                    Case No. 18-cv-135-pp

FOREST COUNTY POTAWATOMI COMMUNITY,

                               Defendant.

_____

## NOTICE OF RULE 16 SCHEDULING CONFERENCE
_____

      The court has scheduled a Rule 16 scheduling conference in the above case for **September 27, 2018 at 2:15 PM.** The parties may appear by telephone by calling the court's conference line at **888-557-8511** and using access code **4893665#.** The court requires counsel with primary settlement responsibility and authority to appear and be prepared to address any pending motions.

      Fed. R. Civ. P. 26(f) requires that, as soon as practicable, the parties must meet to discuss the nature and basis of their claims and defenses, the possibilities for prompt settlement, the timing for the initial disclosures required by Rule26(a)(1), and a proposed discovery plan.

      On or before **September 20, 2018,** the parties shall file a joint, written report outlining their discovery plan. The plaintiff's counsel is responsible for filing the report, and for providing a copy to opposing counsel. If the parties are not able to agree on the terms of a joint report, they may file separate reports.

      In addition to the discovery plan, the report shall include the following:

1.     A brief statement of the nature of the case;

2.     Whether the parties expect to amend the pleadings;

3.     Whether the parties anticipate joining other parties;

4.     The nature of the discovery each party contemplates, and the amount of time the parties believe they need to complete that discovery;

1

5. Any motions the parties contemplate;

6. The estimated length of trial;

7. Whether any party is requesting a jury trial;

8. A statement of any other issues that might impact trial scheduling; and

9. A statement attesting to the fact that the parties have discussed each of the above issues.

If a party's counsel is not prepared to discuss these issues in a meaningful way at the scheduling conference, the court may adjourn the hearing until that counsel is prepared.

If the parties are interested in proceeding to mediation before the date of the Rule 16 conference, they should contact the court immediately to make arrangements.

If any attorney or unrepresented party has a conflict with the date and time of the Rule 16 conference and wishes to reschedule, that person must promptly call chambers, with all other counsel or unrepresented parties on the line, to request a new date and time.

Dated in Milwaukee, Wisconsin this 31st day of July, 2018.

**BY THE COURT**

_____
**HON. PAMELA PEPPER**
**United States District Court**